704

■ Appellant complains of the severity of the punishment assessed against him.

The punishment, being within the statute, was for the jury.

■ The evidence, from the standpoint of the State, shows a sale of two capsules of heroin by appellant to the witness Bob Richards, for which appellant was paid $14. The narcotic was delivered by Richards to his superior, W. E. Naylor, who furnished the money for its purchase, as a part of the undercover activity of said officers.

The evidence sustains the conviction and no reversible error appears.

The judgment is affirmed.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

BELCHER, Commissioner.

This is a conviction upon a plea of guilty to the offense of driving while intoxicated, a fine of $50 having been assessed.

The record contains no statement of facts or bills of exception.

The presumption prevails that the offense was committed at a time when the punishment assessed was applicable. See Scates v. State, Tex.Cr.App., 274 S.W.2d 833.

The judgment is affirmed.

Opinion approved by the Court.